# INDEX OF EXHIBITS

| Exhibit | Description | Appendix Location |
|---|---|---|
| 1 | SIOP Principles | EEOC APP 1 |
| 2 | CRT Email (CRT000224-5) | EEOC APP 61 |
| 3 | CRT Substantive Rule 30(b)(6) Dep. | EEOC APP 63 |
| 4 | DCI Study (DCI000246-81) | EEOC APP 76 |
| 5 | DCI Rule 30(b)(6) Dep. | EEOC APP 112 |
| 6 | Hanvey Report | EEOC APP 124 |
| 7 | Hanvey Dep. | EEOC APP 213 |
| 8 | Scherbaum Report | EEOC APP 245 |
| 9 | ET2000 Instruction Manual (EEOC0000158-67) | EEOC APP 317 |
| 10 | Body Index Scores Correlated to Schuster Co. (Schuster 0036) | EEOC APP 327 |
| 11 | Arens Dep. | EEOC APP 328 |
| 12 | Schuster Vol. 1 Dep. | EEOC APP 335 |
| 13 | George Report | EEOC APP 341 |
| 14 | George Decl. | EEOC APP 364 |
| 15 | Landis Supplemental Report | EEOC APP 367 |
| 16 | Landis Dec. | EEOC APP 382 |
| 17 | Scherbaum Decl. | EEOC APP 386 |
| 18 | Isometric and isokinetic testing of lifting strength of males in teamwork, Karwowsi and Mital, Ergonomics, 1986. Col. 29 No. 7, 869-878 | EEOC APP 389 |
| 19 | Gilliam and Lund Abstract | EEOC APP 400 |
| 20 | Tonowski, R. (2015). Test validation pitfalls. In C. Hanvey & K. Sady (Eds.) *Practitioner's Guide to Legal Issues in Organizations* (pp. 49-83). Springer. | EEOC APP 401 |