# EXHIBIT 9

# ET2000 INSTRUCTION MANUAL



**EXHIBIT**

Exhibit 3 Crosby 8-17-2020

## ET2000 — FRONT VIEW



Scapula Pad

Dyno Plate Manual Controls

Height Adjustment

Laptop

Lumbar Pad

Computer Desk Plate

Curl Locking Knob

Dynamometer (Dyno)

Dyno Angle Position Adjustment

Left Ring Stop

Right Ring Stop

Dyno Stand

Release Pin

2

# ET2000 — BACK VIEW



Scapula Pad

Safety Belt/Latch

Chest Pad

Lumbar Pad

Waist Belt

Safety Belt/Latch

Axis Bearing Assembly

On/Off Dyno Toggle Switch

USB Port

Torsion Bar

Dyno Tilt Adjustment Handle

Crank to Raise and Lower Foot Plate

Wrench Assembly

Posterior Lower Leg Pad

Leg Straps

Weight Posts

Foot Plate

Stabilizers/Levelers

3

## SET-UP FOR A TEST

**IMPORTANT:** You are dealing with high voltage. Please make sure the following connections are secure before turning on the Dyno or the computer:

- Electrical power cords for Dyno and computer
- Cable from Dyno to USB comport 4 of the computer
- Computer Internet connection

Turn on the ET2000 by placing the toggle switch located on the back of the Dyno in the "up" position. Press the power button "on" the computer. Once the computer is booted up, establish the ISP connection:

- Click **VPN Client**
- Click **Connect**
- Enter password **'crt'**

\* Be sure to shut Dyno and computer off each night.

1. Once the connection is established, double click the ET2000 icon on the desktop.

2. When the ET2000 main screen appears, click the **New Test** box to open the New Test Information Application form. You will notice a **green box** in the upper right-hand corner indicating the server is connected. The **red boxes** that are on the screen denote status and instructions.

3. Using the **tab** to advance from field to field, enter the person's information. Please note that a **red asterisk** denotes a required field.

4. To clear data entered, click **Clear Test Information** to start again.

5. After entering the person's field information, click **Accept Test Data**.

6. Choose the **desired test or joint comparison** by clicking on the appropriate icon.

7. Click **Accept Test Test**.

8. Each test consists of one set of five repetitions at 60 deg./sec.

---

## HOW TO CONDUCT A PHYSICAL CAPABILITY TEST

1. Using the **pull-down menu**, select the joint to be tested.

2. Click **OK**, and allow the person to warm up at this time. Be sure to let them know to complete the full range of motion for each joint.

3. When the person is ready, click **Start Set**.

4. If there is a problem and a set needs to be restarted, have the person stop and click **Redo Last Set**.

After each test is completed, the data will be saved. During this time, you may set-up the next joint to be tested. Then repeat steps 1, 2, and 3. Once each joint test has been completed, the computer will eliminate that joint from the pull-down menu. Once all five joint tests have been completed, the computer will store test data, then click **Sets Complete**. The data will then transfer to CRT for analysis. The analysis will be sent back in a report form containing the test information. Print the report form letter and send to the client.

5. **To conduct another test**, click **Close Preview** at the bottom of the report form letter screen, then click **Done** at the main page, click **New Test** and repeat steps. If further tests on the same individual are needed, click **More Testing** and repeat steps. If there are no more tests to be conducted, click **Done**, **File**, and **Exit Application**.

4

EEOC0000161

# CONDUCTING THE TRUNK (BACK) TEST (ROM 90 degrees)

1. Connect torsion bar adapter to Dyno axis.
2. Set left ring stop at 19 and the right ring stop at 4.



3. Have the person stand on the platform with heels in heel cups.

4. Align iliac crest to center axis of side bracket bearings. To adjust the alignment, have the person step down and adjust the platform, either higher or lower, to desired height.

5. Position the person on the platform and snugly secure the abdominal strap.



Top of iliac crest

6. Position lower leg pads just below the popliteal space and tighten straps.

7. Align scapula pad to the mid scapula.

8. With the person holding chest pad, insert latches into the safety buckles and tighten straps.

9. After checking left and right ring stops, and all straps and buckles, have the person do two to three warm-ups then click **Start Set**.

*NOTE: Ring stop parameters are suggestions. Individuals may require slight deviations.*





5

EEOC0000162

## CONDUCTING SHOULDER TEST (ROM 150 degrees)

1. For the shoulder test, set left ring stop at 15 and the right ring stop at 18.



2. Bench backrest should be flat, and seat should be in the up position.

3. Connect shoulder adapter bar to the Dyno axis.

4. Position the person lying on bench, with knees bent over seat.



5. Align shoulder joint to be tested with the Dyno axis; once positioned, lock the bench in place. Have the person grip bottom handle on the shoulder adapter bar and move arm through 150 degrees of ROM. Stops may need to be adjusted.

6. Have the person do two to three warm-up repetitions, then click **Start Set**.

*NOTE: Ring stop parameters are suggestions. Individuals may require slight deviations.*



---

## CONDUCTING KNEE TEST (ROM 90 degrees)

1. For **knee test**, set left ring stop at 2 and the right ring stop at 18.

2. Connect knee adapter bar to Dyno axis.



3. With bench back in the upright position, align the person's knee to be tested with the Dyno axis.

4. Once aligned, lock the bench in place.

5. Strap the person's thighs firmly to the seat and the lower leg to the shin pad.



6. Have the person do two to three warm-up repetitions and click **Start Set**.

*NOTE: Ring stop parameters are suggestions. Individuals may require slight deviations.*



6

## MANUAL TESTING OR EXERCISING ON THE ET2000

1. Turn on the ET2000 by placing the toggle switch located on the back of the Dyno in the "up" position.

2. Rotate the Dyno to appropriate joint test position.

3. Use the Dyno Plate located on the top of the Dyno.

4. Set-up the person to be exercised or tested in accordance with the operational manual.

5. Push the **reset button**.

6. Push **increase speed button** to desired deg./sec. (60 for testing).

7. Push **increase reps button** to desired amount (5 for testing).

8. Push start test button (person begins reps after the beep).

9. Once reps are complete, record the data listed on the Dyno Plate.

10. To continue testing or exercising, repeat the instructions above.

11. If interpretation of test data is needed or required, fax or email numerical data to CRT.



## GLOSSARY FOR DYNO PLATE

**Unit Ready Light:** indicates Dyno is on.

**At Speed Light:** indicates Dyno's speed is at desired point.

**Test in Progress Light:** indicates the test has begun.

**CW:** indicates motion is clockwise.

**CCW:** indicates motion is counterclockwise.

**Fault:** indicates an error has occurred; need to reset.

**Speed Increase (Speed Inc) Button:** 30, 60, 90, 120, 180, 240, 300, and 350 deg./second.

**Speed Decrease (Speed Dec) Button:** 350, 300, 240, 180, 120, 90, 60, and 30 deg./second.

**Repetition Increase (Rep Inc) Button:** 1 to 15 repetitions.

**Repetition Decrease (Rep Dec) Button:** 15 to 1 repetitions.

**Start Set Button:** will start the test to track repetitions.

**Stop Set Button:** will stop a test already in progress.

**Reset Button:** will clear data and reset for new test.

## DYNO PLATE MANUAL CONTROL VISUAL SCREEN

**CCW:** Total CCW torque for all reps.

**CW:** Total CW torque for all reps.

*NOTE: The above CCW and CW – Total torque out of all reps = sum total of each rep W – Total Work / Rep.*

**CCW:** Total Peak CCW Torque/Angle of Peak Torque.

**CW:** Total Peak CW Torque/Angle of Peak Torque.

**W:** Total Work/Rep.

Case 5:19-cv-04063-LRR-MAR    Document 56-11    Filed 01/26/21    Page 7 of 10

EEOC APP 323

EEOC0000164



**1880 Radford Road – Dubuque, IA 52002**     **563-583-3828  Fax: 563-583-3835**

**When conducting a New Hire Body, Baseline, or Performance test you may get the following results instead of a standard BIS score and DOL designation.**



This form is indicating that the person being tested has a significant deficit between two of the bilateral joints tested. The message above states: % **Deficit Detected Contact CRT**. If you get this message after conducting a test, please make sure to click on **Close Preview** and then **Done**. When completed contact CRT immediately at 563.583.3828 and provide the following information: Your name and Provider ID, Test name, and where/to whom you would like the results sent (fax or email). After you have done this, you can move onto the next test. CRT will have a technician review the test. The CRT technician will then send the completed BIS form to you at your delivery request.

8

EEOC0000165



**Loss of VPN connectivity during a New Hire Body, Baseline/Incumbent Body, or Performance Body will result in the BIS score of 0.**



**To retrieve your BIS score when this issue happens:**

1) Click **Close Preview** and then **Done**.
2) When at the main New Test Page exit the application.
3) When exited open the VPN and click connect, enter your password.
4) When connected open the ET2000 test software as you are doing a new test.
5) A black box will appear, this is transferring the data.
6) When the main New Test page appears, exit the application.
7) When exited open the green All Data Files folder.
8) In the folder locate the person you need results for and open the spreadsheet.
9) When opened, click on the Results tab at the bottom for your particular test and the BIS and DOL designation will be present, print that page, close, and you can continue testing.

• If you would like assistance during this process please contact CRT – 563-583-3828.

Case 5:19-cv-04063-LRR-MAR   Document 56-11   Filed 01/26/21   Page 9 of 10
EEOC APP 325
EEOC0000166



1880 Radford Road – Dubuque, IA 52002          563-583-3828  Fax: 563-583-3835

**Loss of VPN connectivity during a Joint Comparison will result in the following results without any data on the result page.**



**In the event of this result, the VPN was disconnected during the test. To retrieve the results:**

1) Click **Close Preview** and then **Done**.
2) When at the main New Test Page exit the application.
3) When exited open the VPN and click connect, enter your password.
4) When connected open the ET2000 test software as you are doing a new test.
5) A black box will appear, this is transferring the data.
6) When the main New Test page appears, exit the application.
7) When exited contact CRT and provide your name and Provider ID, Test name, injured joint, and where/to whom you would like the results sent (fax or email). After you have done this, you can move onto the next test. CRT will have a technician review the test. The CRT technician will then send the complete Joint Comparison Report form.

• If you would like assistance during this process please contact CRT – 563-583-3828.

10

Case 5:19-cv-04063-LRR-MAR   Document 56-11   Filed 01/26/21   Page 10 of 10

EEOC APP 326

EEOC0000167