# EXHIBIT 10



BODY INDEX SCORES
Specifically Correlated to

Schuster Co.
May 30, 2014

| Job Title | Ranking | BIS Range |
|---|---|---|
| Office Employee | Sedentary-Light | 101-126 |
| **Over the Road Driver - Reefer/Van** | **Light-Medium** | **151-170** |
| Service Parts Person | Light-Medium | 151-170 |
| **Truck Washer** | **Light-Medium** | **151-170** |
| Trailer Mechanic | Medium-Heavy | 201-225 |
| Trunk Mechanic | Heavy | 226-253 |
| Tire Changer | Very Heavy | 254+ |

*Positions in Bold were lowered from Medium.

Schuster 0036

Case 5:19-cv-04063-LRR-MAR   Document 56-12   Filed 01/26/21   Page 1 of 1

EEOC APP 327