# EXHIBIT 12

```
        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF IOWA

EQUAL EMPLOYMENT            )
OPPORTUNITY COMMISSION,     )
                            )
          Plaintiff,        )
                            )
     -vs-                   ) No. 5:19-cv-4063
                            )
SCHUSTER CO,                )
                            )
          Defendant.        )
```

The videoconference deposition of STEVE SCHUSTER, called by the Plaintiff for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions before MAUREEN A. WOODMAN, a notary public within and for the County of Cook and State of Illinois, on the 19th day of June, 2020, at the hour of 9:00 o'clock a.m.

```
 1  PRESENT:
 2       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
         BY:  MR. MILES SHULTZ
 3            MS. ELIZABETH BANSZAK
              (Via videoconference)
 4            230 South Dearborn Street
              Suite 2920
 5            Chicago, Illinois  60604
              312.872.9718
 6            Miles.shultz@eeoc.gov
              Belzabeth.banszak@eeoc.gov,
 7
                  on behalf of the Plaintiff;
 8
         KLASS LAW FIRM, LLP.
 9       BY:  MR. DOUGLAS PHILLIPS
              (Via videoconference)
10            4280 Sergeant Road
              Suite 290
11            Sioux City, Iowa  51106
              712.252.1866
12            Phillips@klasslaw.com,

13                on behalf of the Defendant.

14
    ALSO PRESENT:
15            Mr. Jeff Arens

16

17

18

19

20

21

22

23

24
```

# I N D E X

WITNESS                                           PAGE

STEVE SCHUSTER

    Examination by Mr. Shultz............5-110

- - - - - - - - - - - - - - - - - -

# E X H I B I T S

DEPOSITION EXHIBIT                                PAGE

Exhibit 1 Organization Chart............ 19
Exhibit 2 Interrogatory Responses....... 52
Exhibit 3 Employee Handbook............. 60
Exhibit 4 Photo......................... 75
Exhibit 5 Hiring Criteria............... 78
Exhibit 6 Truck Driving Job Description. 92
               (NOT ATTACHED)

1    THE COURT REPORTER:  All parties are aware
2  that the witness will be sworn remotely.
3  Remote depositions are more challenging.  We
4  kindly ask all participants to speak clearly
5  and one at a time.
6              Here begins the videoconference
7  deposition of Steve Schuster in the matter of
8  EEOC Versus Schuster.  Today's date is June 19,
9  2020, and the time is 9:03 a.m.
10             My name is Maureen Woodman of
11 Thompson Court Reporters.  Beginning with the
12 noticing party, will counsel please introduce
13 themselves, state whom they represent and
14 stipulate to the swearing in of the witness
15 remotely.
16    MR. SHULTZ:  Miles Schultz for the EEOC.
17    MS. BANASZAK:  Elizabeth Banaszak also for
18 the EEOC.
19     MR. PHILLIPS:  Doug Phillips for defendant
20 Schuster Company.
21    THE WITNESS:  Steve Schuster, Schuster
22 Company.
23    MR. ARENS:  Jeff Arens, corporate rep for
24 the Schuster Company.

Thompson Court Reporters, Inc
thompsonreporters.com
Case 5:19-cv-04063-LRR-MAR   Document 56-14   Filed 01/26/21   Page 4 of 6

EEOC APP 338

```
 1        THE COURT REPORTER:  And I need everyone to
 2   agree to the swearing in remotely.
 3        MR. SHULTZ:  Agree.
 4        MR. PHILLIPS:  Agree.
 5                      (Witness was duly
 6                       sworn.)
 7                   STEVE SCHUSTER,
 8   called as a witness herein, after having been
 9   first duly sworn, was examined and testified as
10   follows:
11                     EXAMINATION
12   BY MR. SHULTZ:
13        Q.   Good morning, Mr. Schuster.  Can you
14   hear me okay?
15        A.   I can.
16        Q.   Great.  And I can hear you.  Thank
17   you.
18                  Trying to figure out with this
19   headset.  I just explained this is my first
20   remote dep.  So hopefully it goes semi
21   smoothly.  I apologize for this really
22   sophisticated sheet I have hanging in my
23   basement so you don't have to look at all my
24   pipes in my spare bedroom down here.  If you
```

1 they could do that.
2 What steps during the orientation
3 can Schuster decide not to hire somebody?
4 A. If they're -- you know, don't pass the
5 driving test, not comfortable with their
6 driving skills, they're inattentive in class.
7 All of a sudden their drug test goes for
8 further testing and shows up positive. There's
9 a process that they have to go through all the
10 process.
11 Q. And obviously if they fail the CRT
12 test, then they don't get hired?
13 A. Correct.
14 Q. I noticed in one of the documents that
15 if an applicant doesn't hit the cut score of
16 151 but is within 20 minutes of that, they can
17 actually take that test again; is that right?
18 A. Correct.
19 Q. And has that always been the case
20 since 2014 when Schuster started using the
21 test?
22 A. No. I don't know the exact time that
23 we changed that.
24 Q. Do you know why it was changed?

Thompson Court Reporters, Inc
thompsonreporters.com
Case 5:19-cv-04063-LRR-MAR Document 56-14 Filed 01/26/21 Page 6 of 6

EEOC APP 340