# EXHIBIT 13

Expert Report of

Erin E. George

in the matter of

EEOC v. Schuster Co.

May 1, 2020

# 1    Introduction

1. I, Erin E. George, am employed as an Economist in Research and Analytic Services at the U.S. Equal Opportunity Commission (EEOC). I have previously held positions at Hood College and Virginia Commonwealth University. As a labor economist, I provide expert analysis on cases and charges alleging employment discrimination. I received a B.A. in political science and economics from American University and a Ph.D. in economics from American University. I have published several papers and book chapters on labor economics and applied microeconomics. I have also taught classes in labor economics, the economics of gender, and microeconomic theory. My current salary at the EEOC is $102,663. I have not received, nor will receive, additional remuneration for this report. I have not previously testified in a deposition or trial. Appendix C provides a copy of my curriculum vitae.

2. I was asked to assess whether the CRT test has a disparate impact on a class of female conditional hires to the driver position at Schuster Co. ("Schuster"). I find that passing the CRT test is not neutral with respect to sex, consistent with the test having a disparate impact on women.

3. This analysis is based on my current understanding of the data which I have been provided. A list of the information I relied on in writing this report is provided in Appendix B.

4. It is possible that new information I obtain may cause me to update this report.

# 2    Main Findings

5. The pass rate of the CRT test is not neutral with respect to sex.

6. For men, 95.0 percent of tests result in a passing score. For women, 76.6 percent of

1

tests result in a passing score. This difference of 18.4 percentage points is statistically significant at 8.9 standard deviations.

7. Overall, 26 of the 141 women who were conditional hires never received a passing score on the CRT test. If women passed the CRT test at the same rate as men, we would expect an additional 20 women to have received a passing score.

8. The non-neutrality of the CRT test with respect to sex is robust to several specifications.

# 3    Detailed Description of the Data

9. Schuster drivers are hired conditional on receiving a Body Index Score of 151 on the CRT test.[1] A score of 151 or higher is therefore considered a "passing score."[2]

10. The excel spreadsheet "eeoc schuster analysis 14-20 by category.xlsx" provides a list of 1,863 scores from the CRT test administered between June 2, 2014 and February 10, 2020.[3] The spreadsheet contains four sets of test results, divided into four tabs. The first tab, "Original", provides the score from each CRT test. The remaining three tabs separate those results into three groups of test-takers: "Drivers Hiring Decison" [sic], "Drivers Existing or Retest", and "LMTT Staff" provide the test scores for conditional hires to the driver position, drivers retaking the test, and staff, respectively.[4]

11. According to Schuster policy, drivers were required to retake the CRT test every five years; however, the score did not affect employment decisions. The tab "Drivers Existing or Retest" provides 250 test scores for drivers who retake the CRT test. Of the

---

[1] See First Amended Complaint paragraph 16 and Defendant's Answer to Amended Complaint.
[2] See Schuster 2394.
[3] The CRT test is referred to as either the test or the CRT test throughout this report.
[4] See April 23, 2020 letter from Douglas Phillips to Miles Shultz.

Case 5:19-cv-04063-LRR-MAR    Document 56-15    Filed 01/26/21    Page 3 of 23

EEOC APP 343

246 men and 4 women who retook the test, 38 men (15.4 percent) and 1 woman (25.0 percent) received a failing score.[5]

12. Similarly, office personnel took the test, though the score did not affect employment decisions.[6] The tab "LMTT Staff" provides 123 test scores for office personnel who took the CRT test.[7] Of the 95 men and 28 women who took the test, 4 men (4.2 percent) and 16 women (57.1 percent) received a failing score.

13. The tab "Drivers Hiring Decision" provides a "list of drivers for whom a score of 151 was determinative." As the CRT test score is relevant only for conditional hires to the driver position, I rely on the test scores reported in the tab "Drivers Hiring Decison" [sic].[8] The remainder of this report analyzes these conditional hires to the driver position at Schuster.

14. In addition to scores from the CRT test, the excel spreadsheet "eeoc schuster analysis 14-20 by category.xlsx" provides information on the sex of the individual taking each CRT test. I correct the sex reported for four individuals.[9]

15. Table 1 provides the number of failed and passed CRT tests (percentages in parentheses) for male and female conditional hires to the driver position at Schuster. Of the 1,315 times that men took the test, 95.0 percent of tests resulted in a passing score. Of the 175 times that women took the test, 76.6 percent of tests resulted in a passing score. Figure 5 in Appendix A provides a graph of these results.

16. In total, 66 male tests and 41 female tests resulted in a failing score.

---

[5]See April 23, 2020 letter from Douglas Phillips to Miles Shultz.
[6]See April 23, 2020 letter from Douglas Phillips to Miles Shultz.
[7]See April 23, 2020 letter from Douglas Phillips to Miles Shultz
[8]See April 23, 2020 letter from Douglas Phillips to Miles Shultz.
[9]Four individuals with the same First Name and Last Name who take the test more than twice have a different sex recorded in one of their test attempts. I correct this for all four individuals. A fifth individual, Dew Smith, attempted the test twice is coded once as male and once as female. However, as "Dew" is unisex, I make no adjustments. A sensitivity check excluding these five names is consistent with the main result.

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 4 of 23
EEOC APP 344

|            | Male   |           | Female |           | Total  |           |
|------------|--------|-----------|--------|-----------|--------|-----------|
| Test Result| N      | Percent   | N      | Percent   | N      | Percent   |
| Failed     | 66     | (5.0)     | 41     | (23.4)    | 107    | (7.2)     |
| Passed     | 1,249  | (95.0)    | 134    | (76.6)    | 1,383  | (92.8)    |
| Total      | 1,315  | (100.0)   | 175    | (100.0)   | 1,490  | (100.0)   |

Table 1: CRT Test Attempts and Results by Sex, Hiring Decisions, Drivers Only



Figure 1: Body Index Score by Sex, Hiring Decisions, Drivers Only

17. Figure 1 provides the distribution of CRT scores by sex for conditional hires to the driver position. The vertical line, a score of 151, indicates the minimum score required to pass the CRT test. Tests to the right of this line are associated with a passing score, while tests to the left indicate a failing score. The lower scores of women are indicated by the distribution of female test scores being skewed to the left.

# 4    Statistical Analyses

18. Table 2 provides the results from a series of proportions tests. A proportions test evaluates the equality of two proportions. Here, I evaluate the null hypothesis that men and women are equally likely to pass the CRT test.

19. Panel A of Table 2 provides the main result. For men, 95.0 percent of tests resulted in a passing score. For women, 76.6 percent of tests resulted in a passing score. This difference of 18.4 percentage points is statistically significant at 8.9 standard deviations. The likelihood of this happening due to chance, if women and men were equally likely to pass the CRT test, is less than 1 in 1,000,000,000.

|  | Male | | Female | | Test Results | | |
|---|---|---|---|---|---|---|---|
|  | Pass Rate | Obs. | Pass Rate | Obs. | Diff. | Std. Dev. | Obs. |
| *A. Main Result* | | | | | | | |
| Passed Test | 0.950 | 1,315 | 0.766 | 175 | 0.184 | 8.862 | 1,490 |
| | | | | | | | |
| *B. Robustness Checks* | | | | | | | |
| Highest Score Only | 0.961 | 1,153 | 0.816 | 141 | 0.145 | 7.155 | 1,294 |
| First Score Only | 0.953 | 1,152 | 0.768 | 142 | 0.186 | 8.329 | 1,294 |

Table 2: Results of Tests of Proportions, Hiring Decisions, Drivers Only

20. Overall, 41 of the 175 tests taken by women resulted in a failing score. If women passed the CRT test at the same rate as men, we would expect an additional 32 tests

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 6 of 23
EEOC APP 346

by women to have resulted in a passing score.

21. A portion of individuals took the CRT test multiple times.[10] Section 5 provides further analysis of those who take the CRT test multiple times.

22. Panel B of Table 2 provides the results from two sensitivity checks. The first reports results from the test with the highest score for each individual. That is, Panel B reports one test per person rather than the results of each test.[11] Of the 1,153 men who took the CRT test, 96.1 percent received a passing score. Of the 141 women who took the CRT test, 81.6 percent received a passing score. This difference of 14.5 percentage points is statistically significant at 7.2 standard deviations. The likelihood of this happening, if the pass rate of the CRT test was neutral with respect to sex, are less than 1 in 1,000,000,000. Overall, 26 of the 141 highest scoring tests by women who were conditional hires to the driver position resulted in a failing score. If women passed the CRT test at the same rate as men, we would expect an additional 20 women to have received a passing score.

23. The second sensitivity check reported in Panel B of Table 2 looks at score of the first test taken by each conditional hire.[12] Of the 1,152 first tests taken by men, 95.3 percent resulted in a passing score. Of the 142 first tests taken by women, 76.8 percent resulted in a passing score. This difference of 18.6 percentage points is statistically significant

---

[10]Entries with identical First Name and Last Name are considered repeat test takers. To match names, I remove extraneous spaces and ignore differences in capitalization. Due to the frequency of certain names, it is possible that two people with the same name both took the test. I run several alternate specifications and confirm that the findings are robust despite potential inconsistencies in the data. The spreadsheet "schuster analysis 14-20 contact info(2).xls" provides contact info for each employee at Schuster. However, as this does not link directly with each test score, it does not provide a unique identifier. Results are similar when I exclude from the analysis those First Name and Last Name combinations associated with contact information for more than one person.

[11]As above, repeat names are indicated by having the same First Name and Last Name. Results are similar when I exclude from the analysis those First Name and Last Name combinations which the contact info spreadsheet indicates belong to more than one person.

[12]The "order" of the tests is determined by the "order" variable provided by Schuster Co. For any individual with the same First Name and Last Name, this reports the results from the first test. The number of women and men change by one each due to the entry of Dew Smith, who as mentioned above is coded once as male and once as female. Results are similar when I exclude from the analysis those First Name and Last Name combinations which the contact info spreadsheet indicates belong to more than one person.

at 8.3 standard deviations.[13] The likelihood of this happening, if the pass rate of the CRT test was neutral with respect to sex, are less than 1 in 1,000,000,000. Overall, 33 of the 142 first scores by women resulted in a failing score. If women passed the CRT test at the same rate as men, we would expect an additional 26 women to have received a passing score on their first test.

24. Using multiple specifications leads to a consistent result: the CRT test is not neutral with respect to sex.

# 5    Analysis of Repeat Tests

25. The following section provides an analysis comparing test scores of those who took the test more than once. This section is supplemental to the main result discussed in section 4.

26. According to Schuster policy, individuals who received a Body Index Score of 130 to 150 "have the option to complete the test again at their expense." However, a score of less than 130 did not always preclude a test retake.[14] This section compares the frequency with which male and female conditional hires to the driver position retook the CRT test and evaluates the sex difference in the pass rate of those who retook the test.

27. Table 3 outlines the frequency with which conditional hires retook the CRT test. Panel A reports whether an individual took the CRT test once or multiple times. Among conditional hires to the driver position, 1,127 conditional hires took the test once, 140 took the test twice, 25 took the test three times, and two took the test four times, for

---

[13]Differences due to rounding.

[14]See Schuster 2394 for a description of the policy. There are several individuals who repeat the CRT test when they received a score less than 130. This occurs both with tests on subsequent days as well as with tests on the same day, using the "order" column to indicate which test occurred first.

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 8 of 23
EEOC APP 348

a total of 1,294 unique combinations of first and last name.[15] Thus, the data overall show 1,490 test scores taken by 1,294 individuals.

| | Male | | Female | | Total | |
|---|---|---|---|---|---|---|
| | N | Percent | N | Percent | N | Percent |
| *A. Repeated Test* | | | | | | |
| Took Test Once | 1,015 | (88.0) | 112 | (79.4) | 1,127 | (87.1) |
| Repeated Test | 138 | (12.0) | 29 | (20.6) | 167 | (12.9) |
| Total | 1,153 | (100.0) | 141 | (100.0) | 1,294 | (100.0) |
| | | | | | | |
| *B. Repeated Test (Within 30 Day Period)* | | | | | | |
| Took Test Once | 1,128 | (97.8) | 127 | (90.1) | 1,255 | (97.0) |
| Repeated Test | 25 | (2.2) | 14 | (9.9) | 39 | (3.0) |
| Total | 1,153 | (100.0) | 141 | (100.0) | 1,294 | (100.0) |

Table 3: Frequency of Taking CRT Test by Sex, Drivers Only

28. Panel A of Table 3 reports that 88.0 percent of men took the CRT test once, while 12.0 percent of men percent took the CRT test multiple times. Analogously, 79.4 percent of women took the CRT test once, while 20.6 percent of women took the CRT test multiple times.

29. Table 4 provides the results of a statistical test of proportions of the sex difference in taking multiple CRT tests. The negative numbers in the difference column (Diff.) in Table 4 indicate that women are more likely to repeat the test than men. As reported in Table 4, the sex difference of 8.6 percentage points is statistically significant at 2.9 standard deviations. The likelihood of this happening due to chance, were there no gender difference in the likelihood of retaking the test, is less than 1 in 100.

30. As Panel B of Table 3 shows, women are also more likely than men to repeat the test

---

[15]Unique individuals are marked by having the same first and last names as no other test taker. This will count as two distinct individuals anyone who used a nickname on one attempt of the test. Similarly, this will also count two individuals with identical first and last name as being one person instead of two. However, the data provide no other reliable identifier. Results are similar when I exclude from the analysis those First Name and Last Name combinations associated with contact information for more than one person on the contact info spreadsheet.

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 9 of 23

EEOC APP 349

within a 30 day period.[16]  While 2.2 percent of men repeat the test within a 30 day period, 9.9 percent of women repeat the test within a 30 day period.  As reported in Table 4, this difference of 7.8 percentage points is statistically significant at 5.1 standard deviations.  The likelihood of this happening, if there were no sex difference in the likelihood of retaking the test within a 30 day period, are less than 1 in 1,000,000.

|  | Male | | Female | | Test Results | | |
|---|---|---|---|---|---|---|---|
|  | % Repeated | Obs. | % Repeated | Obs. | Diff. | Std. Dev. | Obs. |
| Repeated Test | 0.120 | 1,153 | 0.206 | 141 | -0.086 | -2.875 | 1,294 |
| Repeated Test (Within 30 Day Period) | 0.022 | 1,153 | 0.099 | 141 | -0.078 | -5.088 | 1,294 |

Table 4: Test of Proportions of Sex Difference in Repeating the CRT Test, Drivers Only

31. The higher likelihood of women to retake the test is consistent with their higher likelihood of failing the CRT test and needing to repeat the test in an attempt to receive a passing score.

32. Rather than evaluating pass and fail rates among test takers, Table 5 evaluates the number of tests taken by those who repeat the test relative to those who take the test once and the share of repeated tests that resulted in a passing score.  That is, Table 5 provides a summary of the total number and percentage of tests taken by male and female conditional hires to the driver position.[17]  Panel A divides test takers into two groups:  those who took the test one time and those who took the test more than one time.  It then reports the number of tests and pass rates for those two groups of individuals. Panel B divides test takers into those who took the test once in a 30 day period and those who took the test multiple times within a 30 day period.

---

[16]To my knowledge, Schuster does not have an explicit policy regarding the time allowed to retake the test.  To check this choice of a 30 day period, I also evaluate using tests repeated within a one day period and a 100 day period.  In both cases, results are similar to the 30 day period.

[17]As above, repeat names are indicated by having the same First Name and Last Name.  Results are similar when I exclude from the analysis those First Name and Last Name combinations which the contact info spreadsheet indicates belong to more than one person.

|  | Male | | Female | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
|  | N | Percent | N | Percent | N | Percent |
| *A. Repeat-Taker* | | | | | | |
| Took Test Once | 1,015 | (77.2) | 112 | (64.0) | 1,127 | (75.6) |
| Took Test More than Once | 300 | (22.8) | 63 | (36.0) | 363 | (24.4) |
| Total | 1,315 | (100.0) | 175 | (100.0) | 1,490 | (100.0) |
| *Pass Rate of Tests by One-Time-Takers* | | | | | | |
| Failed | 35 | (3.4) | 20 | (17.9) | 55 | (4.9) |
| Passed | 980 | (96.6) | 92 | (82.1) | 1,072 | (95.1) |
| Total | 1,015 | (100.0) | 112 | (100.0) | 1,127 | (100.0) |
| *Pass Rate of Tests by Repeat-Takers* | | | | | | |
| Failed | 31 | (10.3) | 21 | (33.3) | 52 | (14.3) |
| Passed | 269 | (89.7) | 42 | (66.7) | 311 | (85.7) |
| Total | 300 | (100.0) | 63 | (100.0) | 363 | (100.0) |
| *B. Repeat-Taker (Within 30 Day Period)* | | | | | | |
| Took Test Once | 1,264 | (96.1) | 147 | (84.0) | 1,411 | (94.7) |
| Took Test More than Once | 51 | (3.9) | 28 | (16.0) | 79 | (5.3) |
| Total | 1,315 | (100.0) | 175 | (100.0) | 1,490 | (100.0) |
| *Pass Rate of Tests by One-Time-Takers* | | | | | | |
| Failed | 35 | (2.8) | 22 | (15.0) | 57 | (4.0) |
| Passed | 1,229 | (97.2) | 125 | (85.0) | 1,354 | (96.0) |
| Total | 1,264 | (100.0) | 147 | (100.0) | 1,411 | (100.0) |
| *Pass Rate of Tests by Repeat-Takers* | | | | | | |
| Failed | 31 | (60.8) | 19 | (67.9) | 50 | (63.3) |
| Passed | 20 | (39.2) | 9 | (32.1) | 29 | (36.7) |
| Total | 51 | (100.0) | 28 | (100.0) | 79 | (100.0) |

Table 5: Tests by Repeat Status of Test-Taker, Drivers Only

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 11 of 23

EEOC APP 351

33. Panel A of Table 5 shows that 22.8 percent of tests by men and 36.0 percent of tests by women were by those who took the test more than once. The bottom part of Panel A reports the pass rate by sex for the tests taken by those who took the test once and for those who took the test more than once. Of those who took the test only once, 96.6 percent of tests by men and 82.1 percent of tests by women result in a passing score. As Panel A of Table 6 shows, this difference of 14.4 percentage points is statistically significant at 6.7 standard deviations. The likelihood of this happening, if the rate of passing the CRT test was neutral with respect to sex, is less than 1 in 1,000,000,000.

34. Of those who ever repeat the test, 89.7 percent of tests by men and 66.7 percent of tests by women result in a passing score. As Table 6 shows, this difference of 23.0 percentage points is statistically significant at 4.7 standard deviations. The likelihood of this difference in pass rates of those who retook the test occurring due to chance, if the rate of passing the CRT test was neutral with respect to sex, is less than 1 in 100,000.

|  | Male | | Female | | Test Results | | |
|  | % Passed | Obs. | % Passed | Obs. | Diff. | Std. Dev. | Obs. |
|---|---|---|---|---|---|---|---|
| *A. Ever Repeated Test*<br>One-Time Test | 0.966 | 1,015 | 0.821 | 112 | 0.144 | 6.717 | 1,127 |
| Repeated Test | 0.897 | 300 | 0.667 | 63 | 0.230 | 4.737 | 363 |
| *B. Repeated in 30 Day Period*<br>One-Time Test | 0.972 | 1,264 | 0.850 | 147 | 0.122 | 7.109 | 1,411 |
| Repeated Test<br>(in 30 Day Period) | 0.392 | 51 | 0.321 | 28 | 0.071 | 0.624 | 79 |

Table 6: Tests of Proportions of CRT Pass Rate, Drivers Only

35. Among conditional hires to the driver position, Panel B of Table 5 shows that 3.9 percent of tests by men and 16.0 percent of tests by women were by those who took

the test more than once in a 30 day period. The bottom of Panel B reports the pass rate by sex for both those who did not repeat the test within 30 days and for those who did. Of those who take the test once within a 30 day period, 97.2 percent of tests by men and 85.0 percent of tests by women result in a passing score. As Panel B in Table 6 reports, this difference of 12.2 percentage points is statistically significant at 7.1 standard deviations. The likelihood of this difference in pass rates, if the rate of passing the CRT test was neutral with respect to sex, is less than 1 in 1,000,000,000.

36. Of those who repeat the test within a 30 day period, 39.2 percent of tests by men and 32.1 percent of tests by women result in a passing score. As Table 6 shows, this difference of 7.1 percentage points is not statistically significant (at .62 standard deviations).

37. These results show that both non-repeated and repeat tests taken by women more often result in a failing score than tests taken by men. This is consistent with the results from the main analysis in Section 4 that passing the CRT test is not neutral with respect to sex.

## Changes in Test Scores

38. An individual's Body Index Score often changed when an individual repeated the CRT test. I next provide a brief overview of the range of test scores for those who have taken the test multiple times.

39. Figures 2 and 3 provide the difference in test scores for those who repeat the CRT test and those who repeat the CRT test within a 30 day period.[18]

40. Figure 2 shows that for approximately 30 percent of both women and men with multiple tests, the Body Index Score changes by zero points. For the remainder of individuals,

---

[18]I exclude from this analysis those First Name and Last Name combinations which the contact info spreadsheet indicates belong to more than one person.

however, the difference in scores is as large as 249 for men and 110 for women.



Figure 2: Difference in BIS Scores for those with Multiple CRT Tests, by Sex, Drivers Only

41. Figure 3 below reports the change in scores for those with multiple entries within 30 days. For the majority of men in this group, the score does not change. However, the score difference between tests is as large as 193 points. For approximately twenty percent of women, the is no score difference between tests. The score difference between tests is as large as 110 points.

42. Figure 4 plots the scores of the 39 individuals who repeat the test within a 30 day period. They are depicted in ascending order, with the lowest test score at the bottom. The vertical line, at 151, indicates the minimum score to pass the CRT test. The length of each arrow represents the size of the difference in scores between tests. Four men and one woman have multiple test scores reported, even though they received a score above 150. Six women and ten men did not pass any repeated attempt of the CRT



Figure 3: Difference in BIS Scores for those with Multiple CRT Tests within a 30 Day Period, by Sex, Drivers Only

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 15 of 23

EEOC APP 355



Figure 4: BIS Scores for Women and Men Repeating the Exam within a 30 Day Period, Drivers Only

test within 30 days. The remaining seven women and eleven men failed one test and passed one test (this includes the one man who failed one test and passed two tests).[19]

43. These results show that the CRT test could produce different scores for the same person, often on the same day.

---

[19]This list does not include the individual whose gender is reported once as male and once as female between two tests.

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 16 of 23

EEOC APP 356

# 6    Conclusion

44. This analysis is based on my best current understanding of the information provided to me. It is possible that I will learn more about the data, company procedures, and other matters in the course of this case, which could lead to changes in the analysis and findings.


Signature:

*Erin E. George*

Erin E. George

Economist, EEOC

Date: May 1, 2020

# A    Supplemental Figures



Figure 5: CRT Test Results by Sex, Drivers Only

Case 5:19-cv-04063-LRR-MAR    Document 56-15    Filed 01/26/21    Page 18 of 23

EEOC APP 358

# B    Documents Considered

1. Answer to Amended Complaint, 5:19-CV-4063

2. April 23, 2020 letter from Douglas Phillips to Miles Shultz Re: EEOC v. Schuster

3. eeoc schuster analysis 14-20 by category.xlsx, Data produced to EEOC on April 23, 2020

4. First Amended Complaint, 5:19-CV-4063

5. schuster analysis 14-20 - contact info (2).xls, Data produced to EEOC on April 23, 2020

6. Schuster 0035-6, Body Index Score required for Job Titles at Schuster, Co.

7. Schuster 2394, Schuster Co. Information regarding Functional Capacity Exam

EEOC APP 359

# C  Curriculum Vitae

# Erin E. George

February 2020

U.S. Equal Employment Opportunity Commission
Office of General Counsel
131 M Street, NE
Washington, DC 20507

Phone: (202) 663-4727
Email: erin.george@eeoc.gov

## Education

| | |
|---|---|
| Ph.D. Economics, American University | December 2013 |
| B.A. Economics and Political Science, American University | May 2005 |

## Employment

*U.S. Equal Employment Opportunity Commission, Washington, DC*
Economist — 2019-present

*Hood College, Frederick, MD*
Approved for Tenure and Promotion to Associate Professor — 2019
Assistant Professor — 2013-2019

*Virginia Commonwealth University, Richmond, VA*
Collateral Instructor — 2012-2013

*American University, Washington, DC*
Instructor — Summer 2010 - Spring 2012
Head Teaching Assistant — Spring 2009
Teaching Assistant — 2007-2009

*Congressional Budget Office, Washington, DC*
Summer Associate — Summer 2009

*Golan Consulting, Washington, DC*
Research Assistant — Summer 2008

*Skadden, Arps, Slate, Meagher and Flom, LLP*
Legal Assistant in Antitrust group — Jan 2007 - Aug 2007

*Cadwalader, Wickersham and Taft, LLP*
Legal Assistant in Antitrust and Litigation groups — Aug 2005-Jan 2007

## Academic Honors and Awards

| | |
|---|---|
| Board of Associates Summer Research Institute Grant | Summer 2018 |
| Hood College Graduate School Teaching Excellence Award Nominee | Spring 2018 |
| Board of Associates Summer Research Institute Grant | Summer 2017 |

Case 5:19-cv-04063-LRR-MAR   Document 56-15   Filed 01/26/21   Page 20 of 23

EEOC APP 360

| | |
|---|---|
| Board of Associates Summer Research Institute Grant | Summer 2016 |
| Phi Kappa Phi Honor Society | Inducted in 2016 |
| Board of Associates McCardle Research Grant | Summer 2015 |
| Hood College Graduate School Teaching Excellence Award Nominee | Spring 2015 |
| James H. Weaver Teaching Excellence Award | May 2012 |
| Nikos G. and Anastasia Photias Educational Foundation Dissertation Award | May 2012 |
| American University Doctoral Student Research Award | 2011-2012 |
| American University Mellon Grant | Spring 2011 |
| Best Oral Presentation by a Graduate Student in Quantitative Methods and Analysis at Robyn Rafferty Matthias Research Conference | April 2011 |
| American University Fellowship | 2007-2011 |
| Omicron Delta Epsilon Honor Society | Inducted in 2008 |

## Publications

"Labor Market Discrimination" in Robert S. Rycroft and Kimberly Kinsley (ed.), *Inequality in America: Causes and Consequences of the Rich-Poor Divide* (forthcoming).

"Tweeting Adam Smith: Using Twitter to Engage Students in the History of Economic Thought." *Journal of Economics Teaching*, 2019.

"Consumer Debt Tolerance, Gender, and the Great Recession," (with Mary Eschelbach Hansen and Julie Lyn Routzahn), *Journal of Consumer Affairs*, 2018.

"Report to the Governor, Senate Finance Committee, and House Economics Matters Committee on House Bill 1004 (2016)," Department of Labor, Licensing, and Regulation, State of Maryland, 2017.

"The Gender Wage Gap" in Robert S. Rycroft (ed.), *The American Middle Class: An Economic Encyclopedia of Progress and Poverty*, pp 164-168. Santa Barbara, CA: ABC-CLIO 2017.

Review of *Handbook of Research on Gender and Economic Life* by Deborah M. Figart, *Eastern Economic Journal*, 2016, 42(2): 314-316.

## Works in Progress

"Why do Consumers Co-Hold Debt and Liquid Assets? An Analysis of the Behavioral Foundations of Co-Holding" (with Talia Leszczyszyn) (under review)

"The Effect of Paid Maternity Leave on Breastfeeding Rates: An Analysis of New Jersey's Paid Leave Law" (with Jessica Milli)

"From the Man-Cession to the He-Covery: Gender Differences in Job Flows during the Great Recession" (with Nick Kahn)

"Racial Bias in Central Bank Policy: Racial and Ethnic Differences in the Job Flow Response to Contractionary Monetary Policy" (with Mahsa Gholizadeh)

EEOC APP 361

"The Gender Wage Gap in Academia: The Two-Body Problem" (with Andela Golemac)

"Job Flows, Gender, and International Competition in U.S. Manufacturing: 1991-2005"

"Trade Flows, Job Flows, and Gender in U.S. Manufacturing: 1990-2005"

"Trade and Gender Wage Gaps in U.S. Manufacturing: 1991-2007"

## Presentations and Seminars

"Tweeting Adam Smith" American Economic Association Conference (January 2018)

"Gender Wage Gap in Academia: The Role of Location" Eastern Economic Association Conference (February 2017)

"Using iPads in the Classroom" (with Kathleen Bands, Heather Mitchell-Buck, and Georgette Jones) Teacher Professionals Conference (June 2016)

"Mind the Gap: aka Even World Champions Are No Match for Gender Wage Disparities" Hood College Phi Kappa Phi Induction Keynote (May 2016)

"Where the Jobs Are: Gender Differences in Job Flows during the Great Recession" International Atlantic Economic Society Conference (October 2015); Southern Economic Association Conference (October 2016)

"Planning Professional Development Activities for an Ever-Busier Faculty" with Kathleen Bands, Heather Mitchell-Buck, and Jeff Welsh, Innovations in Faculty Development Symposium (June 2015)

"Millennials and Beyond" Hood College First Year Seminar Workshop (May 2015)

"From the "Man-Cession" to the "He-Covery": Gender Differences in Job Flows during the Great Recession" Eastern Economic Association Conference (March 2015)

"Teaching with Technology: Panel Discussion" National Conference on Teaching and Research in Economic Education (May 2014)

"Job Flows, Gender, and International Competition in U.S. Manufacturing: 1991 to 2005" Eastern Economic Association Conference (March 2014)

"Trade and the Gender Wage Gap in U.S. Manufacturing: 1991-2007"
Eastern Economic Association Conference (March 2014); Seminar Series, Virginia Commonwealth University (December 2012); Robyn Rafferty Matthias Research Conference (April 2011)

"Trade and Gender Differences in Job Flows in U.S. Manufacturing: 1990-2005" Student Research Forum (February 2012); Southern Economic Association Conference (November 2011)

"The Role of Adolescent Health in the Socioeconomic Outcomes of Young Adults" Robyn Rafferty Matthias Research Conference (April 2010)

## Teaching Responsibilities

### Courses Taught

**Graduate Courses**

Hood College: Principles of Economics, Managerial Economics

**Undergraduate Courses**

Hood College: Principles of Microeconomics, Microeconomic Analysis, History of Economic Thought, Seminar in Economics, Environmental Economics, Economics of Gender, Labor Economics, Analytical Methods of Management

Virginia Commonwealth University: Principles of Macroeconomics, Managerial Economics, Economic Development

American University: Principles of Macroeconomics

## Departmental Senior Honors Thesis

Chair: Jared Knowles (2018-2019), Andela Golemac (2016-2017), Jaclyn Bealer (2016-2017)

Committee Member: Elias Nicholson (2018-2019), Trevor Magnuski (2016-2017), Katie Mann (2016-2017), Kyle Oakes (2015-2016), Catherine Traini (2015-2016), Kirsten Roy (2015-2016), Rowela Silvestre (2014-2015), Erin Botker (2014-2015)

## Undergraduate Summer Research Institute Award Supervisor

Jared Knowles (2018), Gianfranco Portuondo (2017), Jaclyn Bealer and Andela Golemac (2016)

## Independent Study Supervisor

Sophie Smith (2018), Andela Golemac (2017), Kathryn Bailey (2016), Rhiannon Sneeringer (2014), Isaac Ndze-Williams (2014)

# Service

## State of Maryland

Equal Pay Commission member (2016-2019)

## Hood College

Faculty Executive Committee (2018-2019), Nominating Committee (2017-2019, Chair (2019)), Faculty Development Committee (2016-2018), Academic Advising Assessment Committee (2017-2018), Marketing Director Search Committee (2016), Curriculum Committee (2014-2016), Center for Teaching and Learning Advisory Committee (2013-2019), Middle States working group (2014-2016), Martin Luther King Jr. Day planning committee (2014-2015), Women's and Gender Studies advisory committee (2013-2019), Sonia Kovalevsky Day Math Workshop presenter (2014-2016)

Economics and Business Administration Department: Chapter director of Omicron Delta Epsilon (economics honor society) (2014-2019), Library Liaison (2013-2014), undergraduate and MBA advisor (2014-2019)

## Professional

Referee for the *Journal of Economic Education* and *Feminist Economics*, Reviewer for *Modern Managerial Economics*; Reviewer for Cambridge University Press

EEOC APP 363