## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | APPENDIX LOCATION |
|---|---|---|
| A | Scherbaum Report | EEOC APP 1 |
| B | CRT Substantive Rule 30(b)(6) Dep. | EEOC APP 74 |
| C | Lamfers Dep. | EEOC APP 104 |
| D | Jegerlehner Email (CRT000008-10) | EEOC APP 112 |
| E | Wildman Email (CRT000011) | EEOC APP 115 |
| F | CRT Email (CRT000224-5) | EEOC APP 116 |
| G | Landis Supplement to Report | EEOC APP 118 |
| H | DCI Cover Letter | EEOC APP 135 |
| I | Scherbaum Dep. | EEOC APP 136 |
| J | Hanvey Dep. | EEOC APP 141 |
| K | Landis Dep. | EEOC APP 173 |
| L | Landis Report | EEOC APP 178 |
| M | CRT Testing Apparatus (the "ET2000") Picture | EEOC APP 252 |
| N | Arens Dep. | EEOC APP 253 |
| O | Schuster Vol. 1 Dep. | EEOC APP 266 |
| P | Body Index Scores Correlated to Schuster Co. (Schuster 0036) | EEOC APP 272 |
| Q | Kim Dep. | EEOC APP 273 |
| R | BIS for Aggrieved Individuals | EEOC APP 289 |
| S | Shultz Decl. | EEOC APP 290 |
| T | Jarosz Dep. | EEOC APP 293 |
| U | St. John Dep. | EEOC APP 298 |
| V | Barnett Dep. | EEOC APP 306 |
| W | Incumbent Fail Chart | EEOC APP 316 |
| X | ET2000 Instruction Manual at EEOC0000162-3 (EEOC0000158-167) | EEOC APP 318 |
| Y | Defendant's Fifth Supplemental Response to EEOC's First Request for Production of Documents | EEOC APP 328 |
| Z | CRT Loss Procedure Analysis (CRT00297-8) | EEOC APP 337 |
| AA | CRT Database Rule Dep. | EEOC APP 339 |
| BB | Isokinetic Test Manual Appendix A (KAST001633-4) | EEOC APP 349 |
| CC | Schuster/CRT Contract | EEOC APP 351 |
| DD | 4/21/2015 CRT/DCI Email Exchange (CRT000109-110) | EEOC APP 357 |

| | | |
|---|---|---|
| EE | 5/18/2017 CRT/Schuster Email Exchange (CRT000077-78) | EEOC APP 359 |
| FF | 6/7/2017 CRT/Schuster Email Exchange | EEOC APP 361 |
| GG | 7/23/2018 CRT/Schuster Email (CRT000086) | EEOC APP 363 |
| HH | George Report | EEOC APP 365 |
| II | DCI Contract (CRT000202-4) | EEOC APP 389 |
| JJ | DCI Rule 30(b)(6) Dep. | EEOC APP 392 |
| KK | "Coding for CRT to Review" | EEOC APP 425 |
| LL | DCI Study (DCI000246-81) | EEOC APP 426 |
| MM | Wildman Email (CRT000083) | EEOC APP 462 |
| NN | Dunleavy Email (DCI000243-4) | EEOC APP 463 |
| OO | Hanvey Report | EEOC APP 465 |
| PP | Hanvey Book | EEOC APP 554 |