# EXHIBIT BB

## Appendix A

## U.S. Department of Labor and CRT Definitions of Strength Levels

| STRENGTH LEVELS | OCCASIONAL 1 to 100 reps/8hrs | FREQUENT 101 to 300 reps/8hrs | CONSTANT 301 to 500 reps/8hrs | CRT BODY INDEX SCORE |
|---|---|---|---|---|
| **Sedentary** | 0 - 10 lbs | NEGLIGIBLE. | ____________ | <100 |
| **Sedentary-Light** | 11 - 15 lbs | 7 - 9 lbs | NEGLIGIBLE. | 101 TO 126 |
| **Light** | 16 - 20 lbs | 10 - 12 lbs | 5 - 6 lbs | 127 TO 150 |
| **Light-Medium** | 21 - 35 lbs | 13 - 21 lbs | 7 - 10 lbs | 151 TO 170 |
| **Medium** | 36 - 50 lbs | 22 - 30 lbs | 11 - 15 lbs | 171 TO 200 |
| **Medium-Heavy** | 51 - 75 lbs | 31 - 45 lbs | 16 - 22 lbs | 201 TO 225 |
| **Heavy** | 76 - 100 lbs | 46 - 60 lbs | 23 - 30 lbs | 226 TO 253 |
| **Very Heavy** | >100 lbs | > 60 lbs | > 30 lbs | 254 PLUS |

The following are descriptions of the five terms in which the Strength Factor is expressed:

**S-Sedentary Work** – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

**S-L – Sedentary-Light Work** – Exerting 11 to 15 pounds of force occasionally, and/or up to 7-9 pounds of force frequently..

**L-Light Work** – Exerting 16 to 20 pounds of force occasionally, and/or 10-12 pounds of force frequently, and/or greater than negligible up to 5-6 pounds of force constantly to move objects. (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) When it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

**L-M –Light-Medium Work** – Exerting 21 to 35 pounds of force occasionally, and/or 13 to 21 pounds of force frequently, and/or greater than negligible up to 7-10 pounds of force constantly to move objects.

**M-Medium Work** – Exerting 36 to 50 pounds of force occasionally, and/or 22 to 30 pounds of force frequently, and/or greater than negligible up to 11-15 pounds of force constantly to move objects.

**M-H – Medium-Heavy Work** – Exerting 51 to 75 pounds of force occasionally, and/or 31 to 45 pounds of force frequently, and/or greater than negligible up to 16-22 pounds of force constantly to move objects.

**H-Heavy Work** - Exerting 76 to 100 pounds of force occasionally, and/or 46 to 60 pounds of force frequently, and/or greater than negligible up to 23-30 pounds of force constantly to move objects.

**V-Very Heavy Work** – Exerting in excess of 100 pounds of force occasionally, and/or in excess of 60 pounds of force frequently, and/or in excess of 30 pounds of force constantly to move objects.

From: Dictionary of Occupational Titles, Fourth Edition (Revised 1991). U.S. Department of Labor. Mid-level ranges were created by CRT, based on Dictionary of Occupational Titles definitions. (03-2005)